# United States District Court

Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares   314-244-7900
  Clerk of Court

January 2, 2020

Craig W. Richards
ONDERLAW, LLC
110 E. Lockwood Ave.
St. Louis, MO 63119

RE:        Abram et al v. TitleMax of Missouri, Inc.
Case #      4:19-cv-03322 HEA

Dear Craig W. Richards:

Please refer to Local Rule 12 for the Eastern District of Missouri concerning attorneys who reside in the Eastern District of Missouri, are regularly employed in the Eastern District of Missouri, or are regularly engaged in the practice of law in the Eastern District of Missouri. To apply for admission to our bar, please follow the instructions located on our website at www.moed.uscourts.gov under the Attorneys tab.

If you have any questions concerning this matter, please contact our office.

Sincerely,
GREGORY J. LINHARES, CLERK OF COURT


By:    /s/Alicia A. Shepard
       Deputy Clerk

Enclosure(s)